# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Jeffrey Weisen | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 20-cv-01961-PAM-TNL |
| U.S. Bancorp, Meridian Crossing LLC | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this matter is **DISMISSED with prejudice** and without costs to either party.

Date: 3/30/2021                                                                                       KATE M. FOGARTY, CLERK